**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 09-10308 & 09-10309 |
| Plaintiff - Appellee, | D.C. Nos. 3:08-cr-00846-SI |
| | 3:03-cr-00206-SI |
| v. | |
| VICENTE LOPEZ-RIOS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Susan Illston, District Judge, Presiding

Submitted April 5, 2011[**]

Before:    B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

In these consolidated appeals, Vicente Lopez-Rios appeals from his guilty-

plea conviction and 36-month sentence for illegal reentry following deportation, in

violation of 8 U.S.C. § 1326, and from the revocation of his supervised release and

the 6-month sentence imposed upon revocation. Pursuant to *Anders v. California*,

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Lopez-Rios' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.